Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-S-03-1029 MCE DAD |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| vs. | **[PROPOSED] ORDER DISMISSING DEFENDANT THOMAS H. VIA** |
| MICHAEL MAXWELL, et al., | |
| Defendants. | |

Having read the Request for Voluntary Dismissal of Defendant THOMAS H. VIA filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed without prejudice as against Defendant THOMAS H. VIA;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

/ / /

/ / /

/ / /

/ / /

1

3.   As Defendant THOMAS H. VIA is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: May 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE